1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   THOMAS E. FRANKOVICH,
2  *A Professional Law Corporation*
   4328 Redwood Hwy., Suite 300
3  San Rafael, CA 94903
   Telephone:   415/674-8600
4  Facsimile:   415/674-9900

5  Attorneys for Plaintiff
   CRAIG YATES, an individual,

6

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9

10 CRAIG YATES, an individual,            )   CASE NO. CV-10-3748-JL (WHA)
                                          )
11         Plaintiff,                     )   STIPULATION TO CONTINUE CASE
                                          )   MANAGEMENT CONFERENCE; AND
12 v.                                     )   [PROPOSED] ORDER THEREON
                                          )
13 SHANGHAI CHINA RESTAURANT &            )
   ZAOH RESTAURANT, a.k.a. KAAN Y.        )
14 CHIN and EVA K. CHIN, as Trustees of the )
   Chin Family Trust, U.D.T. ("Under      )
15 Declaration of Trust"), dated May 19, 2005; )
   and SOO QUN CHIN, as Trustee of the    )   Honorable Judge William H. Alsup
16 SOO QUN CHIN TRUST, U.D.T. ("Under     )
   Declaration of Trust"), dated May 16, 2006, )
17         Defendants.                    )
                                          )
18 _____)

19

20     Plaintiff CRAIG YATES and defendants KAAN Y. CHIN and EVA K. CHIN, as Trustees

21 of the Chin Family Trust, U.D.T. ("Under Declaration of Trust"), dated May 19, 2005; and SOO

22 QUN CHIN, as Trustee of the SOO QUN CHIN TRUST, U.D.T., by and through their respective

23 counsel, respectfully request and stipulate, as follows:

24     Prior to the re-assignment of this case Plaintiff's counsel Thomas E. Frankovich

25 committed to moving a portion of his office and his primary residence to Mazatlan Mexico and is

26 unavailable from October 3, 2011 through October 13, 2011 and will be out of the country

27 October 14, 2011 thru November 2, 2011, December 19, 2011 through January 2, 2012

28

Therefore, the parties respectfully request that the Case Management Conference currently scheduled on Thursday, October 14, 2011 at 2:30 p.m., location 450 Golden Gate Avenue, San Francisco, California in Courtroom A, 15th floor be continued.

IT IS SO STIPULATED.

Dated: September 28, 2011

THOMAS E. FRANKOVICH, ESQ.,
**A PROFESSIONAL LAW CORPORATION**

By: ____/s/Thomas E. Frankovich____
Thomas E. Frankovich
Attorneys for Plaintiff CRAIG YATES, an individual

Dated: 9/28, 2011

TYLER M. PAETKAU, ESQ.,

HARTNETT, SMITH & PAETKAU

By: _____
Tyler M. Paetkau
Attorney for Defendants KAAN Y. CHIN, EVA K. CHIN and SOO QUN CHIN, dbaSHANGHAI CHINA RESTAURANT & ZAOH RESTAURANT

## ORDER

**IT IS SO ORDERED** that the Case Management Conference set for October 7, 2011, is vacated and/or continued to November 10, 2011, at 3:00 ~~a.m.~~/ p.m. The parties shall file a Joint Case Management Statement no later than seven (7) days prior to the Conference. THERE WILL BE NO FURTHER CONTINUANCES.

Dated: September 30, 2011

_____
Honorable Judge William H. Alsup
United States District Judge

*IT IS SO ORDERED AS MODIFIED*
Judge William Alsup

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; and [P...]
CASE NO. CV-10-3748-JL (WHA)

2